MARYON K. SENESE, Respondent, v. JOHN G. SENESE, Appellant. (Appeal No. 1.) — Action for separation. Appeal by defendant from a judgment, and order on reargument, granting plaintiff a separation and awarding her alimony and counsel fee. Judgment and order unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ.

MARYON K. SENESE, Appellant, v. JOHN G. SENESE, Respondent. (Appeal No. 2.) — Appeal by plaintiff from an order granting an allowance for services to be rendered by her counsel on an appeal prosecuted by defendant from a judgment of separation, on the ground that the allowance was inadequate. Order affirmed, without costs. In view of the amount of the allowance for

counsel fee on the trial, the allowance made herein was adequate. Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ., concur.